UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 07-07811 SGL (AGRx)                                                    Date: May 19, 2009
Title:   SAM RIZK, individually, JOHN HARRIS, individually, and on behalf of all other similarly situated, and MOES 1-30,000 -v- IRONWOOD COMMUNICATIONS, INC., a Nevada Corporation, WEST COAST SATELLITE, INC., a California corporation, and DOES 1-100, inclusive

PRESENT:  HONORABLE STEPHEN G. LARSON, U.S. DISTRICT JUDGE

C. Sasse                                                    None Present
Courtroom Deputy                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

NO APPEARANCE                                             NO APPEARANCE

PROCEEDINGS:   ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) is ordered to show cause in writing no later than May 27, 2009, why this action should not be dismissed for lack of prosecution.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before the above date:

- Proof of service of summons and complaint.

- Answer by the defendant(s) or plaintiff's request for entry of default.

- Plaintiff's filing of an application to the clerk to enter default judgment or filing of a noticed motion for entry of default judgment.

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

MINUTES FORM 90                                                                   Initials of Deputy Clerk cls
CIVIL -- GEN